IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| JOSHUA I. GOSHADE<br>ADC #183630,<br><br>    Petitioner,<br>v.<br><br>DEXTER PAYNE, Director,<br>Arkansas Division of Correction,<br><br>    Respondent. | *<br>*<br>*<br>*<br>*  No. 4:24-cv-00460-BRW-JJV<br>*<br>*<br>*<br>*<br>* |

**ORDER**

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's case is DISMISSED with prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 22nd day of October, 2024.


                Billy Roy Wilson_____
                UNITED STATES DISTRICT JUDGE