IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| JOSHUA I. GOSHADE <br> ADC #183630, <br><br> Petitioner, <br> v. <br><br> DEXTER PAYNE, Director, <br> Arkansas Division of Correction, <br><br> Respondent. | * <br> * <br> * <br> * <br> *      No. 4:24-cv-00460-BRW-JJV <br> * <br> * <br> * <br> * <br> * |

## JUDGMENT

Consistent with today's Order, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of October, 2024.


                                                  Billy Roy Wilson_____
                                                  UNITED STATES DISTRICT JUDGE